Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC., <br><br> *Plaintiff* <br><br> v. <br><br> CHONGQING SENJIANAN E-COMMERCE CO., LTD., DONGGUAN CHENSHENG PRINTING CO., LTD., DONGGUAN SONGLI PLASTICS INDUSTRY CO., LTD., GUANGZHOU MAZAIFEI PRINTING PRODUCTS CO., LTD., GUANGZHOU XINGMANYIN CULTURAL LNNOVATION CO., LTD., HANGZHOU AT SPORTS PRODUCTS CO., LTD., HANGZHOU FUYANG WANQUAN PACKING & PRINTING FACTORY, HANGZHOU LET'S PARTY CO., LTD., HEBEI TUANYUE IMP & EXP CO., LTD., HEILONGJIANG YOUSI TRADE CO., LTD., LUCTA STORE, MATTELS TOY WORLD STORE, NANNING YOUKESHU ELECTRONIC COMMERCE CO., LTD., NINGBO HAISHU DEYIN HANDICRAFT CO., LTD., PIKACHU CARD TOYS STORE, SHANTOU ENJOY STAR PLASTIC CO., LTD., SHENZHEN BEST4U TECHNOLOGY CO., LTD., SHENZHEN KAIXINGMEI LEATHER GIFT CO., LTD., SHENZHEN LIANGCHEN TECHNOLOGY CO., LTD., SHIJIAZHUANG AOFEITE IMP & EXP CO., LTD., | **22-cv-2391 (JSR)** <br><br> **[PROPOSED] UNSEALING ORDER** |

SHIJIAZHUANG XING AN IMPRT & EXPORT CO., LTD., SHOP1100051186 STORE, SHOP4040039 STORE, SHOP911060160 STORE, SO SO BEAUTIFUL TOY STORE, YANGZHOU GIMEZ PRINTING CO., LTD., YIWU ASQI PACKAGING CO., LTD., YIWU DAZHUANG POKER CO., LTD, YIWU DESK E-COMMERCE FIRM, YIWU JIESHI PACKING PRODUCTS CO., LTD. and ZHEJIANG ZEBULUN INTELLIGENT TECHNOLOGY CO., LTD.,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 18th day of April, 2022.
New York, New York

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE