Case 1:22-cv-02391-JSR Document 8 Filed 04/19/22 Page 1 of 3
Case 1:22-mc-00087-DLC Document 3 Filed 03/22/22 Page 1 of 3
Case 1:22-mc-00087-DLC Document 1-5 (Ex Parte) Filed 03/22/22 Page 1 of 3

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Mattel, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTEL, INC.,<br><br>*Plaintiff*<br><br>v.<br><br>CHONGQING SENJIANAN E-COMMERCE CO., LTD., DONGGUAN CHENSHENG PRINTING CO., LTD., DONGGUAN SONGLI PLASTICS INDUSTRY CO., LTD., GUANGZHOU MAZAIFEI PRINTING PRODUCTS CO., LTD., GUANGZHOU XINGMANYIN CULTURAL LNNOVATION CO., LTD., HANGZHOU AT SPORTS PRODUCTS CO., LTD., HANGZHOU FUYANG WANQUAN PACKING & PRINTING FACTORY, HANGZHOU LET'S PARTY CO., LTD., HEBEI TUANYUE IMP & EXP CO., LTD., HEILONGJIANG YOUSI TRADE CO., LTD., LUCTA STORE, MATTELS TOY WORLD STORE, NANNING YOUKESHU ELECTRONIC COMMERCE CO., LTD., NINGBO HAISHU DEYIN HANDICRAFT CO., LTD., PIKACHU CARD TOYS STORE, SHANTOU ENJOY STAR PLASTIC CO., LTD., SHENZHEN BEST4U TECHNOLOGY CO., LTD., SHENZHEN KAIXINGMEI LEATHER GIFT CO., LTD., SHENZHEN LIANGCHEN TECHNOLOGY CO., LTD., SHIJIAZHUANG AOFEITE IMP & EXP CO., LTD., SHIJIAZHUANG XING AN IMPRT & EXPORT CO., LTD., SHOP1100051186 STORE, | MISCELLANEOUS CASE<br>No. 22-mc-87<br><br>[PROPOSED]<br>ORDER TEMPORARILY<br>SEALING FILE<br><br>FILED UNDER SEAL |

Case 1:22-cv-02391-JSR   Document 8   Filed 04/19/22   Page 2 of 3
Case 1:22-mc-00087-DLC   Document 3   Filed 03/22/22   Page 2 of 3
Case 1:22-mc-00087-DLC   Document 1-5 (Ex Parte)   Filed 03/22/22   Page 2 of 3

SHOP4040039 STORE, SHOP911060160 STORE, SO SO BEAUTIFUL TOY STORE, YANGZHOU GIMEZ PRINTING CO., LTD., YIWU ASQI PACKAGING CO., LTD., YIWU DAZHUANG POKER CO., LTD, YIWU DESK E-COMMERCE FIRM, YIWU JIESHI PACKING PRODUCTS CO., LTD. and ZHEJIANG ZEBULUN INTELLIGENT TECHNOLOGY CO., LTD.,

*Defendants*

Case 1:22-cv-02391-JSR   Document 8   Filed 04/19/22   Page 3 of 3
Case 1:22-mc-00087-DLC   Document 3   Filed 03/22/22   Page 3 of 3
Case 1:22-mc-00087-DLC   Document 1-5 (Ex Parte)   Filed 03/22/22   Page 3 of 3

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Anye Deana and Karena K. Ioannou and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 22 day of March, 2022, at 5:00 p.m.

_____
UNITED STATES DISTRICT JUDGE

1