**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MATTEL INC.,

                    Plaintiff,                            22 **CIVIL** 2391 (JHR)(VF)

        -against-                              **DEFAULT JUDGMENT**

CHONGQING SENJIANAN E-COMMERCE
CO., LTD, et al.,

                    Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated January 14, 2026, the Report and Recommendation is adopted

in its entirety. Plaintiff is awarded judgments in the amount of $50,000 against each of the 21

Defaulting Defendants, plus post-judgment interest pursuant to 28 U.S.C. §1961(a); accordingly,

the case is closed.

**Dated:** New York, New York
       January 16, 2026

                               **TAMMI M. HELLWIG**
                                        _____
                                         **Clerk of Court**

                               **BY:**         K. mango

                                        _____
                                        **Deputy Clerk**